MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BENJAMIN TOLKOFF (CABN 4294443)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. [CR 12-778 SBA] |
| Plaintiff, | STIPULATION AND ORDER SETTING MATTER FOR CHANGE OF PLEA |
| v. | |
| OSCAR BAKER PHILLIPS, | Date: December 11, 2012<br>Time: 10:00 a.m. |
| Defendant. | |

The parties respectfully request that this matter be added to the Court's criminal law and motion calendar on December 11, 2012 at 10:00 a.m. for change of plea.

SO STIPULATED.

//

STIP. AND [PROP.] ORD. SETTING CHANGE OF PLEA
U.S. v. PHILLIPS; CR 12-778 SBA

| | |
|---|---|
| DATED: December 5, 2012 | Respectfully submitted,<br><br>MELINDA HAAG<br>United States Attorney<br><br>/s/<br>_____<br>BENJAMIN TOLKOFF<br>Assistant United States Attorney |
| DATED: December 5, 2012 | /s/<br>_____<br>ELLEN LEONIDA<br>Attorney for OSCAR BAKER PHILLIPS |

For the reasons stated, this matter is hereby added to the criminal law and motion calendar on December 11, 2012 at 10:00 a.m. for a change of plea.

SO ORDERED.

DATED: _12/10/12

_____
HON. SAUNDRA B. ARMSTRONG
United States District Judge